## FOSDICK *v.* LINZELL.

No. 704.  Decided April 6, 1959.

*Robert Fosdick,* appellant, *pro se.*

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.

MR. JUSTICE STEWART took no part in the consideration or decision of this case.

## BRISTOL ET AL. *v.* HEATON ET AL.

No. 581, Misc.  Decided April 6, 1959.

Appellants *pro se.*

*Will Wilson,* Attorney General of Texas, *James·N. Ludlum,* First Assistant Attorney General, and *Leonard Passmore* and *John Reeves,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.